UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-4315-JFW (AGRx)**                                    Date: September 7, 2017

Title:        Adam Press -v- J. Crew, Inc., et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                        None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TAKING UNDER SUBMISSION DEFENDANT J. CREW, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [filed 8/4/17; Docket No. 25]**

   Defendant J. Crew, Inc.'s Motion to Dismiss Plaintiff's Complaint is currently on calendar for September 11, 2017, at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for September 11, 2017 is hereby vacated and the matter is taken off calendar.  The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

   IT IS SO ORDERED.

Initials of Deputy Clerk   sr